FILED by MM D.C.
MAR 20 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20907-CR-COOKE

UNITED STATES OF AMERICA

vs.

JOSE NOEL,
a/k/a "Abdul Jabar"

Defendant.
_______________________________/

# FACTUAL PROFFER

Had the United States proceeded to trial, the government would have proven beyond a reasonable doubt that on or about October 23, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant, **JOSE NOEL, a/k/a "Abdul Jabar,"** being a person admitted to the United States under a non-immigrant visa, as that term is defined in Section 101(a)(26) of the Immigration and Nationality Act (8 U.S.C. § 1101(a)(26)), did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B). It is further alleged that the firearms and ammunition are:

(a) a 9mm Sig Sauer 320 handgun, bearing serial number 58A070264;

(b) a 9mm Beretta M9 handgun, bearing serial number M9-183745;

(c) a 9mm Sig Sauer P226 handgun, bearing serial number 47A169579;

(d) a Smith and Wesson M&P Sport, bearing serial number SX01461;

(e) Two boxes of .223 caliber ammunition; and

(f) Two boxes of 9mm ammunition.

Specifically, on October 23, 2016, NOEL entered the Florida Gun Center located at 1770 West 38th Place, Hialeah, Florida 33012. Once inside, NOEL was captured on video surveillance by the Florida Gun Center as well as by members of the FBI, renting, possessing, and thereafter shooting multiple firearms inside the facility.

Later that day, an employee of the Florida Gun Center provided the FBI with the original liability forms signed by NOEL as well as a copy the identification that NOEL presented to employees. This liability form indicated the use of two boxes of 9mm ammunition and two boxes of .223 ammunition as well as the rental of "1 Sig 320", "1 M9", "1 Sig 229", and "1 AR15". The Florida Gun Center thereafter voluntarily turned over the weapons utilized by NOEL, which were formally identified by the FBI as follows:

1 Sig Sauer 320 9mm with serial number 58A070264
1 Beretta 9mm M9 with serial number M9-183745
1 Sig Sauer P226 9mm with serial number 47A169579
1 Smith & Wesson Sport M&P Sport with serial number SX01461

On November 1, 2016, Homeland Security Investigations ("HSI") advised the FBI that JOSE NOEL was an alien who was currently in the United States on a B1/B2 Non-immigrant Visitor for Business and Pleasure Visa. As such, NOEL was admitted to the United States in September, 2016 under a non-immigrant visa as that term is defined in Section 101(a)(26) of the Immigration and Nationality Act. Moreover, HSI records show that NOEL is also not the type of alien present in the United States under the circumstances set forth in Title 18, United States Code, Section 922(y)(2) and therefore is not authorized to possess a firearm.

Additionally, Bureau of Alcohol, Tobacco and Firearms agents ("ATF") advised the FBI that none of weapons identified above were manufactured in the State of Florida and that all four

firearms described above had thus traveled in interstate commerce prior to being in the State of Florida.

Finally, the parties agree that two additional firearms, each Rock River Arms LAR-15 semi-automatic assault rifles, bearing serial numbers 89270 and 157000, were possessed by NOEL on November 5, 2016. Ultimately, it was NOEL'S desire to smuggle these weapons out of the United States and into Haiti.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3/15/17 By: ______________________
MARC S. ANTON
ASSISTANT U.S. ATTORNEY

Date: 2/24/17 By: ______________________
MANUEL CASABIELLE, ESQ.
ATTORNEY FOR DEFENDANT

Date: 2/24/17 By: noel Jose
JOSE NOEL
DEFENDANT